# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER PRIEL, | ) | CASE NO. 1:12CV2516 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| WILLIAMS & FUDGE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Upon the representation of plaintiff that the above entitled cause of action has been settled between the parties (Doc. No. 6), this case is hereby dismissed. A final Agreed Entry, approved by counsel for both parties, shall be filed with the Court on or before March 29, 2013.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order. The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). This case hereby is closed.

**IT IS SO ORDERED**.

Dated: January 29, 2013

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**